No. 422.  Hebert et al. v. Rio Bravo Oil Co. et al.  December 20, 1937.  Petition for writ of certiorari to the

760

Supreme Court of Texas denied. *Mr. Leon P. Howell* for petitioners. *Messrs. H. L. Stone, John E. Green, Jr.,* and *John P. Bullington* for respondents.